IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

EBONEE JACQUESE BELL                                                                PLAINTIFF
ADC #711204

V.                            NO: 4:16CV00712 JM/PSH

MICHELLE GLOVER *et al*                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff Ebonee Jacquese Bell's claims against the Arkansas Department of Correction are DISMISSED WITH PREJUDICE.

DATED 31st day of October, 2016.

UNITED STATES DISTRICT JUDGE