# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

EBONEEʹ JACQUESE BELL                                              PLAINTIFF

VS.                         CASE NO. 4:16CV00712 JM/PSH

MICHELLE GLOVER                                                   DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Ebonee′ Jacquese Bell ("Bell") initiated this action in October of 2016, alleging that Michelle Glover ("Glover"), an employee at the Arkansas Department of Correction ("ADC"), threatened and harassed Bell for filing a grievance against Glover. For relief, Bell sought Glover's termination and money damages. Glover has filed a motion to dismiss the complaint for failure to state a claim.

On March 8, 2017, the Court entered an Order directing Bell to provide names for defendants previously identified as John Does. This Order was returned to the Court as undeliverable. On

March 15, 2017, the Court entered another Order directing Bell to provide her current mailing address no later than 30 days after the entry of the Order. Bell was notified that failure to respond would result in the recommended dismissal of her complaint. Bell has not responded, and the thirty day period in which to do so has elapsed.

Local Rule 5.5(c)(2) provides:

Parties appearing *pro se*. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Bell has failed to comply with the Local Rules of the Court. As a result, we recommend the complaint be dismissed without prejudice.

IT IS SO ORDERED this 19th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE