IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EBONEE′ JACQUESE BELL                                         PLAINTIFF

VS.                      CASE NO. 4:16CV00712 JM/PSH

MICHELLE GLOVER                                               DEFENDANT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 9th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE